JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON APRIL
  NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada  89107
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA MORENO, | CASE NO.:  2:12-cv-00066-GMN-NJK |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD & DRUG CENTER, INC., an Ohio Corporation dba SMITH'S and DOE EMPLOYEE and DOES I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between DAVID J. MARTIN, ESQ.,
of the law firm HENNESS & HAIGHT, Attorneys for Plaintiff JESSICA MORENO, and JERRY S.
BUSBY, ESQ., of the law firm COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM,
P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that:

    1.    Plaintiff JESSICA MORENO'S claims herein against Defendant SMITH'S FOOD &
DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's
fees and costs; and

/ / /

/ / /

/ / /

/ / /

CLAC 2010173.1

2.      That the trial date of February 12, 2013 be vacated.

DATED this 28TH day of Jany, 2013.

HENNESS & HAIGHT

DAVID J. MARTIN, ESQ.
Nevada Bar No. 009117
8972 Spanish Ridge Avenue
Las Vegas, Nevada  89148
(702) 862-8200
Attorneys for Plaintiff
JESSICA MORENO

COOPER LEVENSON APRIL
  NIEDELMAN & WAGENHEIM, P.A.

JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
6060 Elton Avenue – Suite A
Las Vegas, Nevada  89107
(702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**IT IS SO ORDERED** this 13th day of February, 2013.

Gloria M. Navarro
United States District Judge

CLAC 2010173.1