JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON APRIL
 NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA MORENO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTER, INC., an Ohio Corporation dba SMITH'S and DOE EMPLOYEE and DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:12-cv-00066-GMN-NJK |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between DAVID J. MARTIN, ESQ., of the law firm HENNESS & HAIGHT, Attorneys for Plaintiff JESSICA MORENO, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that:

　　　　1.　　Plaintiff JESSICA MORENO'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

/ / /

CLAC 2010173.1

2. That the trial date of February 12, 2013 be vacated.

DATED this 28th day of Jany, 2013.

| HENNESS & HAIGHT | COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. |
|---|---|
| DAVID J. MARTIN, ESQ.<br>Nevada Bar No. 009117<br>8972 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>(702) 862-8200<br>Attorneys for Plaintiff<br>JESSICA MORENO | JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>6060 Elton Avenue – Suite A<br>Las Vegas, Nevada 89107<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

**IT IS SO ORDERED** this 13th day of February, 2013.

_____
Gloria M. Navarro
United States District Judge

CLAC 2010173.1

2